UNITED STATES DISTRICT COURT POOR QUALITY ORIGINAL
EASTERN DISTRICT OF MICHIGAN

JASON TYRRELL ALVIN D FRAZIER SR AND
JANE DOES AND JOHN DOES ET AL

Plaint

| | |
|---|---|
| Case: 2:24-cv-10250 | |
| Assigned To : Cox, Sean F. | |
| Referral Judge: Morris, Patricia T. | |
| Assign. Date : 1/25/2024 | |
| Description: PRIS JASON TYRELL ET AL V NOAH NAGY ET AL (MRS) | |

Vs

NOAH NAGY FORMER JCF'' WARDEN · EMPLOYEES
HEIDI WASHINGTON DIRECTOR OF MDOC JANE DOES
AND JOHN DOES ET AL

Defendants /

## Preliminary Statement

This is a civil rights class action filed by Jason Tyrrell et al and all others similarly situated as ourselves State of Michigan prisoners for damages or possible consent degrees relief under **Rule 23(a) et seq U S C § 1983** asking for <u>GRANT</u> of Class Certification Order and Court Notice be gave to all named Class Members for Constitutional decisions concerning allegations made for the unconstitutional reasons Hate Crimes Retaliation for exercising of First Amendment rights Racial Political Religious Discriminations Denial of Prisoners Medical care in violation of the State of Michigan First Amendment Eight Amendment Due Process Clause of the Fourteenth Amendment Constitutional rights in consort with mishandling of the State of Michigan consolidated provided appropriated funds for G Robert Cotton (JCF) Prison State of Michigan Department of Corrections Mental Health Case Management Programs Michigan Domestic Violence Program **MIDVP** Jackson College (JC) Prisoners rehabilitation educational programs and Attorney Generals (AG) agencies the Judicial Branches Ombudsman Legislative Branch and Capital outlay for the fisical years starting from 2018 through 2023 that s expected to end September 30 2023, and September 30 2024, to provide for certain conditions on the appropriations; to provide for the expenditure of the appropriations; and to repeal acts and parts of acts Some Plaintiffs alleges the suffering of mental and emotional harms in consort with physical harms and Cotton JCF'' employed personnel negligence(s)

## Jurisdiction

This State of Michigan Michigan Eastern District Court has the jurisdiction of Michigan State Counties under <u>due process</u> violations and the State of Michigan Legislature s enacted laws The Application requesting Civil Class Action Certification is being filed within time of the opinions and orders recent decided in this State thereof:

SEE ADDITIONAL PLAINTIFFS STATEMENTS/GROUNDS FOR CLASS ACTION:

IF THE STATE OF MICHIGAN DEPARTMENT OF CORRECTIONS IS NOT HELD ACCOUNTABLE THESE ACTIONS WILL CONTINUE

Case #: Attached as Last pages

Plaintiffs Names: Attached Last pages

Numbers #'s Attached Last pages

# Grounds for Action case#

1. ADA: For anyone who has a active MENTAL HEALTH case manager, or is on psychological medications;

2. Intentional infliction of emotional pain and abuse of processes;

3. Government employees negligents of "Failing to use reasonable care" is claims, failier to do duty, breach, causation and damages;

4. Failure to protect prisoners from unreasonable risks;

5. Prisoners often bring negligence claims against prison doctors and nurses for medical malpractice. Covid-19, prisoners need of medical care witheld, medication witheld, FDA & CDC measures of social distances, living space of prisoners being housed within M.D.O.C.;

6. Exposures to COVID-19, Omicron, Monkey Poxs, Tuberculosis, Hepititus A/B/C, or any other deseases;

7. Officials violated State Staute by breaching a duty to let a prisoner make phone calls to attorneys based on the language from the code of Federal Regulations;

8. Intentional infliction of Emotional Distress is when officials purposeley do something outrageous that make you feel upset, like place Covid-19 measures signs up for us to follow for our protections/ but force us Not to Social Distance in chow halls, our living quarters, in day rooms, ect;

9. Convention aginst torture and other Cruel/ Inhumane or degrading treatment or punishment;

1/

10. For mental or emotional injury suffered while in custody without a prior showing of physical injury;

11. Equal protection of the laws to all citizens, a prison can not ban access to materials targeted to an African-American audience, if they do not ban similar materials popular among other people;

12. "Privileged Mail" "legal mail" or "special mail" of prisoners is protected by your constiunial right to access to the courts, as well as by the "attorney-client privilege", and are secret. Prison Officals can NOT read your legal mail and if they do or have done prior it is a violation;

13. MDOC is not valid under the constitiution, a regulation or the officals action because it has a main effect of advancing setting back other religion, and its new regulations encourage excessive government entanglement with religion. The government is forcing prisoners to support or participate in other religions other than their own due to Covid-19

14. Gender-based Classified prisoners treated different violations;

15. Eighth Amendment violations, forbids "Crule and Unusual punishment" excessive force and guard brutelity, as well as unsanitary, dangerous or overly restrictive conditions and medical care

2/

16  failure-to protect claim, Guards knew that there was a substancial risk you would be seriously harmed, and they failed to respond reasonably to protect you.

17  Deliberate indifference exists where J.C.F. afficals have actually notice that its actions or failiers to act will result in a constitionl violation or when it is highly predictable that a constitonal violation will occure by grievence written or other ways.
THORBURGH V. ABBOTT,
490 U.S 401, 404 (1989).

18  Your right to decent conditions in prison was violated and continue to this day being violated due to inhuman living conditions in (JCF) prison, Cotton side & Temp side, level Four, because prison afficals violate the Eighth amendment when they act with deliberate indifference to a prison condition that exposed you to an unreasonable risk of serious harm or deprived one of your basic needs. Challenged unsafe living conditions due to Covid-19, FDA and CDC regulations required that were Unable to be followed due to limited space in assigned prison units for my shelter, sanation cleaning supplies, porters to clean, proper food calories, excersize, hygiene needs of others that exposed me and them to serious harm. How bad its been and how long its lasted.

3

19 I was injured physically and psychologically

20 Conditions of my confinement puts me in a serious risk for an injury in the future, like secondhand smoke

21 The officals who are being sued act with "deleberate indifference" by knowing of conditions and did not responde to it in reasonable manners, which were so obvious that officals knew about it and purposelly ignored it.

     Write grievences + if you have we will place them as exhibits with the others to this complaint along with affidavits, or any prison records that refere to problems

22 "ICF" Food service food prepared for prisoners is being done in a way thats not clean and served to yeild its prisoners their required nutricious diets

23 Air Quality & Tempreture: Challenge because the air quality poses serious danger to my health, particularly in second hand smoke, extreem heat or cold, improper beding, clothing not given appropretly for the tempreture when you just rode in, or placed in other units due to close contact with prisoners that tested positive for Covid;

24 Sanetation supplies such as razors and cleaning products not maid availeble to me # amount of time

4

25  No proper trash procedures followed at all times in bathrooms/dayrooms/+ unit cubicle areas

26  Rats infestations, and lack of indigent toothbrushes toothpaste, and soap kits upon new prisoners arrivals to Cotton (JCF) prison.

27  Lack of rehabilitative programs in general prisons of Cotton (JCF) prison level (1-2-4) to prisoners mentally ill and recieved rehabilitative services as part of my sentence

28  JCF denial of my adequate law library needs when it has decided to have adicate law library to fulfill the needed requirements under bounds for its prisoners has been hurt my Non-Frivolous lawsuits and HABEAS petition

29  Restricting my access to the court after I have prior filed lawsuit due to a prior caused acutual injury + limitations were placed on me so restrictive that constitute a denial of my rights that caused courts to deny my claims.

30  I have a legal rite to get to legal help from other prisoners because the (JCF) prisoners because the (JCF) prison for over 80 days has denied to provide some reasonable alternative to assist its inmates in the preperation of petitions, ordered replies and briefs required from courts when we had no other ways

5/

31. Any Retaliation: Denial of hygene materials without cause while placed in segration with no baths, showers, ect

32. Events of harrasment that amounts to "Capaign of Harassments" for testifing prisoners

33. You filed a Greievence then were retaliated upon.

34. The prison offical or afficals did something to you for filing grievences, lawsuits, that was "Adverse action" was so bad that it stopped you from continuing with the lawsuit or grievences; and

35. There is a "Casual connection" that means the offical or afficals did what they did because of what you were doing. The official actions were directly related to your "Protected Conduct"

36. Lack of a fire suppressant system in the living quarters designated as "pole barns" or "Temp side" at Cotton (JCF).

6

**Parties**

37  The court has jurisdiction over all the plaintiffs claims of violations done by Cotton "JCF" prison personnel for violating their Federal Constitutional rights under 42 U S C §§ 1331(a) and 1343

38  The court has supplemental jurisdiction over the plaintiffs State of Michigan law tort claims under 28 U S C § 1367; Michigan Advance Legislative Service> Michigan 102ND Legislature - 2023 Regular Session> Act No 119 Public Acts of 2023> House Bill 4437 Misappropriation of State Funds Notice

39. The additional plaintiffs signed signatures are attached at end of complaint with their Account Statements personal written statements as offer of proofs See (Attachment 1)

40  I Alvin Frazier Sr states, the Cotton JCF prison Head Librarian Ms Elum Hatutu is in violation of sharing prisoners Legalwriters clients privileged information with the Attorney Generals Office to help have prisoners civil action cases filed be dismissed in courts in consort with other State of Michigan Officials by closing Law Library not making copies timely and causing Cotton JCF" Prisoners Legal Writers to ineffectively litigate or perfect their assigned prisoners clients legal papers submitted to courts

41  I Alvin Frazier Sr states Michigan Department of Corrections - Correctional Facilities Administration within the Grand Plaza Building -Fourth Floor Lansing MI 48909 staff members are Defendants Brendon Waddell who is on a list with Norma Killough that s deemed UCC/ Restricted Publications State Wide to Prisoners List and is only used in consort with other State of Michigan Defendant Actors to have Prisoners lawsuits thrown out by gaining prisoners privileged legal information prior to their filings of papers copied/done by legal writers to mislead the Courts

42  I Alvin Frazier Sr states, the Legal Writer assigned to me Prisoner Frazier Sr in 2016 through 2021 up until his being a sentenced to life prisoner gave exhoneration who acted in consort with Cotton "JCF" staff and higher ups in Lansing MI Grandview Plaza Building - Fourth Floor Michigan Government State employees whose directed from the Director of Michigan Department of Corrections Heidi Washington Offices of Adrian Dirschell Jared Warner Andy Phelps Kristine VanHaften A/Litigation Manager Legal Writers are directed to contact Adrian Dirschell LW- Law Firm: Terese Paletta as (contact persons) John Tellier (computer tech) Norma Lillough LOM Reference Library Bridgid Murphy Turner - Librarian in consort with Cotton JCF" Prison Head Librarian Hatacu Elum Unknown Vacant Librarian Technician and Needndoniss Woodward Librarian Technicians to alike pull wools over prisoners heads and eyes by using deceitful illegal tactics consisting of posing as their helping prisoners file meaningful legal papers over working assigned Prisoners Legal Writers while having only one qualified prisoner employed Legal Writer who accept incentitives to file meaningless legal papers in courts for prisoners as clients

43  I Alvin Frazier Sr states, Prior during 2017 through 2019 at this ime Defendant Brandon Waddell Assistant Attorney General illegally was provided my confidential Psychological Mental Health Records without my

consent while my then assigned Cotton JCF" Prison  Prisoners Legal Writer Terry Gilbert Pool was my legal writer and ordered by Cotton (JCF) staff Ms K Napier et al  to contact Brandon Waddell Adrian Dirshell and Terese Paletta in consort with Jhon Tellier with my personal Litigation information also

44  I Plaintiff Alvin Frazier states Kimbery Napier Cotton JCF employed Litigation Administrator  and Administrative Assistant for prior Warden Noah Nagy, Assistant (*20 Forum Representative Attending) Forum Agenda Meetings With Housing Units Representatives)  orders lower level officers to retaliate I been told everytime I become a Prison Housing Unit Block Representative  don t try to change nothing which now has caused me a prolonged stay in prison recently from having bad Unit Block reports falsified  Interestingly, I am running for block representative for TF- Unit now which is deemed a College unit appropriated funding is gave to house College Students in College like settings with adequate quit times to study in study rooms which while in College I was remove from do to racial discrimination bias  retaliation done against me for engaging in filing Prison-Prisoners  Grievances on inhumane treatments of prisoners in confinement  inhumane living conditions in consort with lawsuits due to some Cotton  JCF  employees behaviors that warranted their un-becoming employees of the Department of Corrections but was never dealt with until other prisoners got assaulted by Correctional Officer William Hokanson – then recently retaliated by some of his racist peer Cotton  JCF" Peer employed friends  and some Cotton  JCF  Prisoners Alvin Frazier Sr  and other prisoners who don t want to comment at this time due to fears of retaliation that may become and prolong their stays in prison

45  I  Plaintiff Alvin D  Frazier  Sr  has been recently racially discriminating against  Sexually exposed to gay sexual conducts  advances and treated different then all white men which made up the entire course program members except for one native man who was also treated different and received the lowest grade scores beside all the white men who engaged in sexually made gay conversations and advances with  MDOC" hired Facilitator J Cooley while in  MIDVP  program being facilitated at Cotton (JCF) by employed facilitator Cooley himself" Facilitator J  Cooley unethical Facilitating used methods negatively affected some Prisoners in MIDVP  program participants who were recommended/required to complete program and myself I  Alvin D Frazier  Sr  state as of now this year I am being denied my Jewish Diet Fast Meat Meals 9/16/2023, there was no Sugar PC  gave for Breakfast  Whipped Margarine  or Orange Juice  and when I mentioned there was no Orange Juice to Food Service  JCF" employee Mr  Rose  Rose started displaying evil words and non-verbal temperaments; and Officials  started having tantrums-higher ups avoid me after my voicing about when Facilitator J  Cooley prior this year engaged in such gay sexual behaviors then singled me out by stating  "I know if higher ups knew how I facilitated this program they ll get rid of me (J Cooley  MIDVP  Facilitator Statement made)  Furthermore  I am in fear because  every  since  J  Cooley violated the settlement agreement of confidentiality when he brought up ex prisoner Mr  Glover  Prison number 405155  settled lawsuit Honorable Judge Terrance Berg was said to had presided for retaliation purposes when he further after telling "MIDVP" participants that; it only been one prisoner who ever filed a lawsuit on me and won name Glover  then ask me in support 'Frazier you remember Glover don t you? (J  Cooley  Facilitator of MIDVP  Stated)  I am in fear because

other officials been retaliating on me in ways that can prevent me and some other prisoners from accomplishing our goals of being released back into free society has us in great fears

46 I **Prisoner Frazier** prison number 379628 responded by stating yes I remember prisoner Glover that was prior here Mr Cooley and Mr Cooley further while laughing stated that was the only prisoner who ever successfully filed a lawsuit against me that settled/won (J Cooley Cotton JCF" Assigned MIDVP Facilitator Statements Questions)

47 Defendant Noah Nagy was the Cotton JCF" Head Warden for the control of all Security at Cotton JCF" and was in control of all correctional staff at Cotton JCF" He is sued in his individual capacity cause he had knowledge at all times prior/recently that caused him to transferred to Parnell MDOC prison as Warden there to avoid legal actions filed against him at Cotton JCF" prison

48 Tim Schubring Cotton JCF" Business Manager is responsible for his failure to assure legislatures enactment of Cotton "JCF" prison Policy Directives and Operational Procedures were carried out by employees after he had gained prior knowledge of such problems involving everything mentioned in this class action by complaining plainttfis

Facts

49 In 2022, all plaintiffs started being moved from around I, Prisoner Mr Frazier Sr at Cotton JCF" and road out to various other MDOC prisons without explanations while some was in their Lansing recommended/required programs VFP, MIDVP SOP et al Mr Schubring Cotton "JCF" prison Business Manager is solely responsible because he had prior knowledge and did nothing to correct problems to make sure Policy Directives and Operational Procedures was being followed by Cotton JCF" employed staff

50 I Alvin D Frazier Sr states some Prisoners in consort with me has suffered physical injuries that left scares that will last a life time Furthering the State of Michigan State Courts reasons for allowing **Smith's Claims** under grounds holding that monetary damages are available and appropriate in this case due to **HATE CRIMES** in consort with Hate Crimes **due process** violations that has been therefore unremarkable for all Prisoner Plaintiffs named in this class action asking for class certification The State of Michigan Legislatures The Michigan Supreme Court and the Michigan Court of Appeals from my experience has left me and other Prisoners to question Judicial Officials by now asking what good is a State of Michigan constitutional right without any remedies when the essence of civil liberties certainly consists in the rights of every individual to claim the protections of the State of Michigan Constitutional laws that s daily intentionally **violated/ignored** by Department of Corrections whenever Prisoners receives any and all their injuries? The government of the United States State of Michigan Attorney General Office Department Officials in consort with the State of Michigan State Legislatures Keith Barber & Eric Mattson et al who emphatically terms a government of laws "is to prevent Prisoners civil complaints before complaints reach courts and often forget about men Prisoners constitutional rights violated At Cotton JCF" prison it had certainly ceased to deliver this high Prisoners appellations and left the State of Michigan Constitutional laws in consort with the State Legislatures enacted laws furnishing no remedy for the violations of

Prisoners vested legal rights   This complaint and request meets established methods of substantive due process analysis primary features **(Due Process Clause) + (Procedure Due Process)**

51   Plaintiffs Tyrrell and Frazier   in an action brought under the **provision of the Michigan Constitution** which prohibits discrimination against any person on the basis of the person s religion  race color   or national origin   Plaintiffs are held to the same burden as under the <u>Federal Constitution s Fourteenth Amendment</u>; that is  they must demonstrate intentional or purposeful discrimination  <u>Harvill v  State Plumbing & Heating</u> (1996) 218 Mich  App  302 553 NW2d 377  71 CCH Edp ¶44626

52   Plaintiffs Tyrrell and Frazier state   A legislative enactment challenged on an equal protection basis  is accorded a presumption of Constitutionality; the court s inquiry is restricted to the issue of whether any state of facts  either known or which reasonably could be assumed supports the enactment  <u>Beztak Co  v  Farmington Hills</u>  136 Mich  App  564 358 NW2d 25  1984 Mich  App  Lexis 2879 (Mich Ct App  1984)

53   Plaintiffs Tyrrell and Frazier state  <u>Discriminatory purpose or impact</u>  proof of discriminatory intent or purpose behind state action is required to show a violation of the equal protection clause of both the federal constitution; proof of discriminatory effect5 alone  is insufficient to establish a violation of either provision  <u>Harville v  State Plumbing & Heating</u> (1996) 218 Mich  App  302  553 NW2d 377  71 CCH EDP ¶44626 Plaintiffs state they can in all respect of their allegations made in this class action

54   Plaintiffs Tyrrell and Frazier state  legislature s amendment of the Elliot Larsen Civil Right s Act (ELCRA) to effectively bar correctional facility prisoners from bringing ELCRA suits was in direct violation of the State of Michigan Constitution  which made clear that the man atory legislation had to protect all persons; the amendment violated the constitutional mandate that the legislature craft laws for the protection of its individual citizens  <u>Doe v  Dept of Corr</u>  323 Mich  App  479  917 NW2d 730 2018 Mich  App  Lexis 952 (Mich Ct App  2018)

55   Plaintiffs Tyrrell and Frazier state  constitution of the State of Michigan 1963> Article I Declaration of Rights § 2 Equal protection; Discrimination  The guaranty of equal protection of the law is not one of equality of operation or application to all citizens of the state or nation but rather one of equality of operation or applicability within the particular class affected  which classification must be reasonable  <u>Tomlinson v  Tomlinson</u>  338 Mich  274  61 NW2d 102  1953 Mich  Lexis 320 (Mich 1953)

56   Plaintiffs Tyrrell and Frazier state  28 § 1915(B)(4)  In no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment  for the reason that the prisoner has no assets and no means by which to pay the initial partial filling fees

57   Plaintiffs Tyrrell and Frazier state  28 § 1915(B)(4)(d)  The officers of the court shall issue and serve all process  and perform all duties in such cases  Witnesses shall be available as are provided for by law in other cases

58 I am currently housed at Cotton JCF" an MDOC S INHUMANE LIVING CONDITIONED CITE were synthetic drug smoke Hepatitis viruses scabies infected prisoners Pool Burns prisoner assigned living areas on Temp Side level one is under major construction I am requesting to be released from Cotton JCF prison to GPS Tether Home Confinement to complete the duration of my sentence based on urgent unhealthy inhumane living conditions MDOC Dangerously Short Staffed and new strain of Covid variant concerns

59 These class action grounds both Classification itself and test with which to scrutinize Classification must be weighted against rule of reason Renne v Waterford 73 Mich App 685 252 N W 2d 842, 1977 Mich App Lexis 1387 (Mich Ct App 1977) (3)(A) Regarded as having such an impairment For purpose of paragraph (1)(C): Section (3)(A) states An individual meets the requirement of being regarded as having such an impairment if the individual establishes hat he or she has been subjected to an action prohibited under this act because of an actual or perceived physical or mental impairment whether or not the impairment limits or is perceived to limit a major life activity (3)(B) Paragraph (1)(C) shall apply to Mr Frazier Sr impairments because his impairments are not transitory and minor A transitory is an impairment with an actual or expected duration of 6 months or less Interestingly, Mr Frazier post traumatic stress and anxiety disorders is impairments with actual expected duration of his entire life time with keeping in mind certain situations that can cause his impairments to deteriorate his health 4 USCS § 12102 part 1 of 2 Maber v Thelen 587 F 3d 2, § 12102 Definition of disability as used in this act: (1)Disability The term disability means with respect to Alvin Dwayne Frazier Sr under § 12102 (1)(C) his being a person regarded as having such an post traumatic stress and anxiety disorders (as described in paragraph (3))

(4) Rule of Construction regarding the definition of disability The definition of disability in paragraph (1) shall be construed in accordance with the following:
(A) in this act shall be construed in favor of broad coverage of individuals under this act to maximum extent permitted by the terms of this act
(B) the term substantially limits shall be interpreted consistently with the findings and purposes of the ADA Amendments Act of 2008
(C) an impairment that substantially limits one major life activity need not limit other life activities in order to be considered a disability

(D) an impairment that is episodic or in remission is a disability if it would substantially limit a major life activity when active
(E) (i) the determination of whether an impairment substantially limits a major life activity shall be made without regard to the ameliorative effects of mitigating measures such as

(I) medication medical supplies equipment or appliances low vision devises (which do not include ordinary eyeglasses or contact lenses) prosthetics including limbs and devices hearing aids and cochlear implants or other implantable hearing devices mobility devices or oxygen therapy equipment and supplies;

(II) use of assistive technology;

(III) reasonable accommodations or auxiliary aids or serveices; ;or

(IV) learned behavioral or adaptive neurological modifications

(ii) the ameliorative effects of the mitigating measures of ordinary eyeglasses or contact lenses shall be considered in determining whether an impairment substantially limits a major life activity

(iii) as used in this paragraph

(I) the term ordinary eyeglasses or contact lenses means lenses that are intended to fully correct vision acuity or eliminate refractive error; and

(II) the term low vision devices means devices that magnify enhance or otherwise augment a vision image permanent or long term 29 C F R § 1630 2(j)(2)(ii)(iii)

60 Plaintiff raised post traumatic stress disorder (PTSD) substantially limited her learning which was major life activity under statute where plaintiff testified about memory retention problems from (PTSD) panic attacks depression and feelings of iscomfort or anxiety when proctors walked behind her in exam room Forbes v St Thomas Univ Inc 768 F Supp 2d 1222 2010 U S Dist Lexis 143760 (S D Fla 2010) dismissed; and Shaffer v Spherion Corp 20 Am Disabilities Cas (BNA) 50 2007 U S Dist Lexis 93802 (D Colo Dec 20 2007)

61 First Amendment retaliation requires a showing of retaliatory animus That animus can be found by a jury when deliberating on an Eight Amendment claim A showing of retaliatory animus will lead directly to punitive awards

62 Therefore Pleintiffs will depose Medical Records Supervisor Kathy Pulford who will estify as to the Authentication of The Medical Records and the Policy and Procedures which were in place as it relates to all medical policies and protocols (Exhibit A Subpoenas)

63 Plaintiff Frazier Sr et al prison number 379628 #s will depose all Defendants: Tim Schabring Kimberly Napier and Noah Nagy (Exhibit B Subpoenas)

64 Plaintiffs may depose Defendants: Cotton (JCF) Prison Chaplain J Thompson Food Service State of Michigan Manager Kevin Weissenborn Director of Food Service Mr Unknown Meyers (ADF) Cotton (JCF) Temp Side Prison Food Service employees Mr Unknown Manaor (FS 5) and officers working (JCF) Correctional Facility food service Mr Unknown Biggs and Mr Unknown Graff as of October 2 025 Ms Unknown Wright Mr Unknown Roda Ms Coffelt and Food Service building regular officer Mr Unknown Fields et al John Does and Jane Does (Exhibit C Subpoenas)

65 Some Plaintiffs may depose Mental Health Case Managers Dr Ms A Jones Mr K Francies et al to testify that to the authentication of Mental Health Records and the Polices and Procedures which were in place and comments and conclusions on progress notes for most all class members to this action whose listed as parties (Exhibit D )

DOCUMENTS

66 Plaintiffs must subpoena the Prison Temp Side Unit Log Books for 2015 through 2023 (Exhibit E)

**Emails**

67 Plaintiff Frazier Sr is going home soon and must subpoena emails to or from or including Defendants: SGT Unknown Johnson LT Gowdy and Hearings Investigator Ms Unknown Austin in reference to Plaintiffs (Exhibit F )

68 Plaintiffs suffered and continues to suffer Plaintiff has been in debilitating pain for years Plaintiffs went years without proper medical care Plaintiff was fraudulently placed on suicide watch designation Plaintiff lost approximately 30 pounds Plaintiff was prior stabbed in Western District (URF) prison leaving him with life time scars and injuries Plaintiff now have mental and emotional communication that limits ranges of motion in his head right arm right shoulder lift hand Plaintiff has limited strength in his right arm, lift hand Plaintiff has problems in large crowds Plaintiff Prisoner Frazier Sr et al has suffered life long physical and psychological injuries

**SETTLEMENTS**

69. Plaintiffs is asking to compromise and settle this case for ranges of $15 000 00 to $30 000 00 individually or severally Plaintiffs is amenable to global settlements of any and all claims Interestingly all Class Members ask that they be allowed to communicate with those who are released transferred to other prisons and those who soon be released concerning this class action matter or appoint counsels

70 Because the Department of Corrections employees testimonies in Prisoners Class Action Members medical files mental health records and (JCF) Temp-Side Prison Pool Burn Style Housing Units Log Books provided sufficient evidence to make minimal showing necessary to survive summary judgment on some of their claims of substantial impairment in major life activities of sleeping interacting with others thinking reading and feeling safe from flashbacks of seeing other Prisoners killed stabbed due to MDOC'S Prisons under staffed or officials not alert because falling asleep on their jobs from being overworked some district courts improperly granted partial summary judgment prior for employer and was instructed on a remand to determine merits of claims based on disability and record of disability

RELIEF SOUGHT

71 We the above Plaintiffs are seeking recoupment of damages brought upon their persons in the form of but not limited to physical mental psychological and emotional trauma These have been extensively expressed in the above brief and are not exhaustive We the Plaintiffs are asking for the sum of ($500 000 00) five hundred thousand U S dollars per person and the continued mental health and medical services required to coexist and habitat in the communities each person will be integrating into We the Plaintiffs request the courts to show mercy and justice in this matter and GRANT this class action in its entirety

October  3   2023                    /S/ _____
                                     Jason Tyrrell0 Et al
                                     Pro Se (JCF) Prisoners

## ATTACHMENT #

I, Jason Alan of the Family Tyrrell, am under Article 1 of the
14th Amendment of the Constitution of the United States of
America a preamble private citizen, also known as a state national.

I have been incarcerated for the last 10 plus years with
the Michigan Department of Corrections. During this time I have
been exposed to unsafe living conditions and hazardous toxic
environments. Some of these are black mold, asbestos, and other
such materials. I have sleep apnea, this has caused me to use
a C-PAP machine for breathing at night. There are times when
I cannot use the machine due to power outages, extreme heat,
or not being allowed to have it at certain times. The living
conditions have been dismal and depressing. It has at times
caused me to experience extreme depression and mental strife.
During my time incarcerated I have seen and experienced staff
members, target, harrass, and cause unsafe conditions within
the facility and housing units. Their conduct is unbecoming
of an officer or any staff member. The displays of hate, jealousy,
contempt, sadistic joy of causing pain, and racism is just a
few of the things that still haunt me.

My time specifically at G. Robert Cotton Correctional Facility
is the most recent place I have been housed. It is also the
worst I have been in. The facility is housing me in a condemed
portion of the prison known as the TEMP SIDE. It has polebarn
housing units that are WAY past their useby dates. According
to the MDOC website, this side of the facility is condemed,
but they still house me there. If you were to look on OTIS or
MDOC's offender location site, it shows that I am currently
Housed in the Cotton facility, NOT TEMP SIDE. We currently went
through a boil water advisory from the county of Jackson, and
the facility did not notify the prisoners in a timely manner,
nor supply water to drink until a few days later.

That is just some of the issues currently being faced.
NO ONE should be exposed to these conditions or living in such
unsafe environments.

/S/ Jason Alan Tyrrell, spat

PRO SE Prisoner Michael Cook
838504
TF 30

CO/Mr. Patrice has made numerous sexal remarks towards me on many diffent occassions and times. He has been nothing but creating me a hostal and mental envoment and I waht this co remove because my PTSD Psychological mental health condition is at an all time high because of cotton JCF Prison regular TF unit correctional officer Mr. Patrice.

Do to my living condition my health is bad my asthma is not good do to dust, mold, and bnsanitry condition of my housing unit. The unit is not clean like it should be.

Do to my hearing condition staff and the ada are not doing went what there are not following the gide lines of the hard of hearing condition and because of it I have miss meals and call-outs.

My mental health is not good do to the envoment I am end and I feel like this is a big deal because I am not get treated right. I would like what ever I can get and all counts within this case.

Mike Cook

**Michigan Department of Corrections**
**FIRST STEP GRIEVANCE RECEIPT**

**DATE:**       9/13/2023

**TO:**       **WELLMAN**       291585       **LOCATION:**   JCF       TF-69

**FROM:**   Grievance Coordinator:  Cobb

**SUBJECT:**   Receipt for Step I Grievance

**Grievance Identifier:**   JCF   /   2023 /   09 /   1601   / 28C

**Issue:**   **MULTIPLE ISSUES**

**Received:**       9/13/2023

**Date Due:**       10/4/2023

Your Step I grievance was received as indicated above. You should receive a response no later than the due date listed above. If you have not received a response by this date and no extension has been given, you may submit a written request for an appeal form to this office. You will need to note, on your request, the grievance identifier as listed above.

This girl was moved due to goching insane from drug use as was unavailable to not used for him when any smoke was smelled by him.

Fact is, this will hunt me for life Jason Tyrrell & Alvin Frazier, Sr.

Mr. Wellman told me to list him after being encourage to express his problem to his Case Manager and Phase II instructor.

I am filing this grevence due to cued unfair and very unsafe unhuman living condition! I was sent to prison for being under the influeance of Meth anfedamines and walking into the wrong house thinking I was being followed and that I was at a Buddys home! After 20 years and Two prior prison terms! For mary and walk away from County jail! And Keeping Meth out of my life after being introduced to it in high school! So it

So it is killing me mentaly and phil that a mistake and Relaping of afew months prior to my arrest and return to prison costing me 8 years to 40 years! That I am forsed to live 24/7 in a invirment of Drug infested Drunkin Dorm Room with almost 200 people with over 50% of them using some kind of drug Meth, herion, weed, K'z, and Yes Subxion witch is now after years of complete failure on the MDOC to stop the uncheck unstoped Suplie and Millon dallor quartery at the exspeance to are loved onces! Is giveing free Subxion at a rate 100s times the average addict tolance levels.

Due to staff Shortage and the compelte Desire of over 75% of staff working acrost the State lack of Pragraming

waiting list, and staff that sit back and watch yup watch drugs being used past Fist Fights, Stabing, exstortion and complete "consern or ability from the ageing out of shap staff it has created unsafe unhealth envirment for me to not only get help to stay clean from Drug use! for many reason

1 haveing to Breath smoke filled air from many differnt Drug being smoked into my one Remaining lung!

2 No place to go to get away from the drug use and the dealer pushing it in a person face 24/7!

3 And worst of all a untrained staff that dont care to do anything about the drug us, or the ones that do have no idea on what to look for in there cell or cube serches!

I am asking for clean drug free units be offered on each compound or facilities 1change there screening polices so a person with a desire to stay clean and can pass monthy drug screen and attend group meeting and offered classes to help addition can live so we as adict have a chance to stay clean in a safe drug free envirment!!

Eddie BlackAmore
#546481

2,3,4, 5,6, 8, ,12, ,18,20, 22,23,

## Statement of Facts

1. Its been hard for me to breath due to all the dust in the air, and fans and potters to dust areas positions as their details states are never done regularly.

2. I have Sleep A    disorder that make it hard for me to breath when lay down and things not properly being clean makes my condition deteriate at times that has caused me now to need C pap machine when trying to fall asleep I have to use every night per doctors orders. Strokes are to be expected without my blood pressure medications. my last blood pressure was 209 over 149 after missed of my medications.

3. My breathing second hand smoke in of synthetic drugs I been told on heard myself at times when EMS comes into facility to pick up some prisoners whose tripping on them make me feel at times high myself. These prisoners jump off their top bunks onto floors as if they jumping into a summing pool head first they kick doors open causing alarmes to go off causing me to be alert. Interestingly, EMS always seems to arrive at the same conclusion of the problem that prisoners was either tripping off drugs or overdosed all the time.

4. The bathrooms are never clean and its a lack of potters to clean the prison officers derlitions of duties are always seen not enforcing potters to due their Jobs.

5. MY blood pressure been running high and (JCF)
Health care providers don't always give me my High blood
Pressure medication at times for 3 to five days at a
time. Fact is, the doctor MS. Jane Doe (unknown) told me the reason
for my meds being late is that they had to be renewed and
medical staff had forgot to order my medications for
my serious medical needs.

6. Cotton (JCF) Medical providers have Changed my
medication three to four times, and when I ask
why they change my medication nurses tell me they don't
Know. Furthermore, the Medical providers runs out my
medication and when I ask them sometimes they tell me they
don't know too. Lately, my blood pressure has been 159 over 199 which is still high.

7. I wrote a kite to talk with Someone, and
after 15 days approximately the medical providers
responded back to me telling me Watch out to talk to nurse
However, I did not receive a response for my serious medical
Request "to make a appointment to find out about the medication I'm taking and if
I'm taking all the medications that I should be taking". (see kite response as an offer
of proof) ← (Taken by:

intiated Date: 10/18/2022 Landfiar, Sirena [SLI] RN,
Received 11/02/2022

# Michigan Department of Corrections

## Kite Response

| | |
|---|---|
| **Offender #:** 0546481 | **Offender Name:** BLACKAMORE, EDDIE JAMES |
| **Location:** JCF - G. ROBERT COTTON CORRECTIONAL | **Lock:** TA:138:Bot:U |

| | |
|---|---|
| **Discipline:** | Medical |
| **Received Date:** | 11/02/2022 |
| **Initiated Date:** | 10/18/2022 |
| **Taken By:** | Landfair, Sirena [SL1] RN |
| **Request Type:** | Medical Question |
| **Request Summary:** | I need to make a appointment to find out about the medication I'm taking and if I'm taking all the medications that I should be taking |
| **Plan/Action:** | Watch call out to talk to nurse |
| **Comments:** | |

PLAINTIFFS / IN PRO PER

ANTHONY THOMAS 348752
STEVEN SANCHEZ 514882
JOHN ROSS 324129
DARTAGNAN TURNER 593892
BOY GUY 244403
FRED MUSCAVITCH 710749
BRIAN OREILLY 652311
WILLIAM BURRELL 169106
MILLER FRANK 425793
BRYANT ANGEL 7200860
JOHN SUAREZ 570560
TERRY NEAL 330119
MICHAEL DIGGS 369628
KEITH ADAMS 356302
ALEX PRINCE 599506
TRAVIS MEAD 312879
DAVID DAVIS 433609
DEANDRE BURTON 654317
AARON WOODY 622275
CHUCK MILES 728445
KYLE BISON 685233
JUAN MARTINEZ 884042
BRIAN LINDSEY 954908
ALFRED MCKNIGHT 653121
TIM BOWERS 728085
DON CANTRELL 207202
SAM HOUSE 654304
DEQUAD CROSBY 592868
JUSTIN MONTGOMERY 845875
ANTOINE STEWART 211050
SHAIN STEWART 856734
TIM GROOM 298867
MATT BURTON 284194
DUSTIN VANDYKEN 678493
MICHAEL HENRY 357330
ANTHONY DAVIS 571276
BRENT CAMERON 601722
MORRISON WALTER 970055
CLEATIS PETERSON 390944
ROBERT LYNCH 631928
MICHAEL SANDY 446945
IPRAHEM AL FADHIH 716244
TERRAN ABRAHAM 680695
CASEY BALSER 668267
TIMOTHY SNYDER 684408
JOSHUA SCHIMKE 964229
JKOSEPH DYNCIL 611964
JOSEPH MORALES 148164
EZEKIEL RODRIGUEZ 710107
JASON BUCKLIN 616492
DONALD DRISKELL 188048
TIMHOUSER 396107
DE SHON THOMAS 256960
AARON SCHREINER 284661
ERIC STEWARD 738976

## Verification Statement

We, Alvin Dwayne Frazier, Sr. et al., declare, swear, certify, and verify that all the statements made in this action on class members behalf, our behalf are true, correct, to our knowledge, understanding, and beliefs and is not used to mislead the Courts. We all state under penalty of perjury and (28 U.S.C § 1746).

/S/ _____ et al.

/S/ Michael Cox

/S/ _____ agt

RAYNOLDS 872051
ZACHAREY WILLIAMS 667884
ELTON THOMAS 358583
BARBER 614366
WALLACE 242753
COOK 235409
KARAS 449662
MCDOWELL 223159
SHIVELY 167608
STINNER 670552
A  SCHAFER 804338
KEELER 675358
HIMEEAUGH 066450
D  MCLEOD 453596
SEARS 665615
GILDNER 661907
HILL 474617
LAWRENCE 636183
GILLESPIE 582879
SCHLOTTERBACK 414380
MENGEL 273979
BOBBY BOWERS 840409
SPENCER 847193
ARNSMAN 525832
STINES 946233
ROBINSON 765993
WILLIAMS 655449
RASHAD 265200
STEVEN COLWELL 359049
SCOTT M  HENNING 795745
ASTAVIAN D  MCMILLIAN 534855
COY BROWN 415544
HOUSER JOSHUA 606955
WAYNE SPENS 115583
GARY A  LANG 524628
DEANGELO L  AUBREY 316838
JASON A  RUSS 419833
TEJUAN ANDERSON 513334
JIMMY CONNER-EL 359962
VALKEMA 456914
GOULD 436735
WRIGHT 687862
WILSON 667622
AYERS 958668
BALOG 832672
KEELER 675358
SELBY 607095
EARICK 681676
SMITH 410825
DALONJA CRUM 948978
RALPH DWYER 401531
SCOTT BUTLER 795743
JOSH HOLTON 660310
CRESTON HICKS 708027
MICHAEL GRUMBLEY 872676
NILE SCOTT HAMP 715604

ANTHONY TAYLOR 200528
JASON BEDFORD 615939
ANTHONY DOZE 424054
HENDERSON GARRIS 243140
MIGUEL OCHOA 641326
DAVID ARRINGTON 180375
COREY UNDERWOOD 469786
JOSHUA HOLTON 660310
CRESTON HICKS 708027
EDDIE BLACKAMORE 543481
RALPH DWYER 407031
MICHAEL GRUMPLEY 872676
SCOTT BUTLER 155743
DALONJA CRUM 948978
JOSE GARCIA 225928
NOAH DIBBLE 252401
DESEAN MOORE 317080
JASON ALAN TYRRELL 858081
CHRIS HAZEN 590585
JAMES NEAL 212071
ISAIAH HARRIS 415670
MICHAEL COOK 636504

Defendants/Witnesses List:

See Next Page (1 of 1)

Next Page

NOAH NAGY  FORMER HEAD  JCF" WARDEN  Present Parnall (SMT) Prison Warden;

Timothy Schubring  "JCF" Business Manager;

J  JARRETT  DEPUTY WARDEN

T  KISOR  FORMER ASSISTANT DEPUTY WARDEN

J  WHITE  FORMER ASSISTANT DEPUTY WARDEN  Present FBI Employee;

UNKNOWN PATRICE  "JCF  CORRECTIONAL OFFICER;

DR  ALICE JONES   JCF" PRISONERS MENTAL HEALTH CASE MANAGER-TEAM MEMBER;

DR  UNKNOWN FRACIES  CHIEF  JCF" PSYCHOLOGIST;

WILLIAM HOGANSON   JCF" FOOD SERVICE CORRECTIONAL OFFICER;

UNKNOWN ULCH   JCF' RUM;

UNKNOWN JANE DOES AND JOHN DOES  OF  JCF  EMPLOYED CONTRACTED MEDICAL STAFF MEMBERS;

MS  UNKNOWN WOODS  ET AL   FORMER SCHOOL PRINCIPAL

H  ELUM  NEENDONISS WOODWARD  ET AL   LAW LIBRARIAN TECHNICIAN/LEGAL COPIES;

J  THOMPSON  "JCF  Religious Service Chaplain;

J  SCHLEY   JCF" Initial Classification;

M  HILL  ET AL   Special Activities/Persons With Disability Act;

T  COBBS  ET AL    JCF  Grievance Coordinator;

T  GORDON  ET AL   Warden GOA (Restrictions  Reinstate  Approvals  Deniels);

C  McCUMEER-HEMRY  ET AL   Formal  JCF  Liaison;

J  COOLEY   JCF" MICHIGAN VIOLENCE PREVENTION "MIDVP" Facilitator;

Unknown Vacant   JCF" -Library Technician;

Adrian Dirschell  Special Activities Coordinator;

JARED WARNER OFFICE OF LEGAL AFFAIRS:

ANDY PHELPS  POLICY QUESTIONS;

KRISTIN VANHAFTEN. LITIGATION QUESTIONS  A/LITIGATION MANAGER;

ADRIAN DIRSCHELL. LEGAL WRITERS OFFICE: (517) 490-9597;

TERESE PALETTA  "JCF" LAW LIBRARY (CONTACT PERSON)  LW-LAW FIRM: 616-957-5540;

NORMA KILLOUGH   JCF" UCC/RESTRICTED PUBLICATIONS LIST: 517-373-0287;

BRIDGID MURPHY TURNER - LIBRARIAN  turnerb9@michigan.gov;

Also MICHIGAN LIBRARY ASSOCIATION (MLA). www.milibraries.org;

MARY KALAT  FORMAL  JCF" LIBRARY TECHNICIAN/PRESENT PARNALL LIBRARY TECHNICIAN;

BRANDON WADDELL  ASSISTANT ATTORNEY GENERAL  AG  LITIGATION QUESTIONS  517-335-3414


ALL ABOVE LISTED DEFENDANTS ARE USED TO HAVE PRISONERS LITIGATION CLAIMS DISMISSED:

IF THE STATE OF MICHIGAN DEPARTMENT OF CORRECTIONS IS NOT HELD ACCOUNTABLE
THESE ACTIONS WILL CONTINUE

# PLAITIFFS/ IN PRO PER

Page 1 of

'dditional:

| PRINT NAME: | Signatures | Prisoner Number | Signatures NAME: | | Prisoner Number |
|---|---|---|---|---|---|
| laim #'s 1. | Anthony Taylor ✓ | # 260528 | Claim #'s 28. | | # |
| laim #'s 2. | Anthony Doze ✓ | # 424054 | Claim #'s 29. | | # |
| aim #'s 3. | Jason Bedford ✓ | # 615939 | Claim #'s 30. | | # |
| aim #'s 4. | Henderson Garcis ✓ | # 243140 | Claim #'s 31. | | # |
| aim #'s 5. | Miguel Ochoa | # 641326 | Claim #'s 32. | | # |
| laim #'s 6. | David Arrington | # 188575 | Claim #'s 33. | | # |
| laim #'s 7. | Corey Underwood | # 465786 | Claim #'s 34. | | # |
| laim #'s 8. | Joshua Holton | # 660310 | Claim #'s 35. | | # |
| aim #'s 9. | Creston Hicks | # 708027 | Claim #'s 36. | | # |
| aim #'s 10. | Eddie Blackamore | # 646481 | Claim #'s 37. | | # |
| aim #'s 11. | Ralph Dwyer | # 401631 | Claim #'s 38. | | # |
| aim #'s 12. | Michael Grumbley | # 872676 | Claim #'s 39. | | # |
| aim #'s 13. | Scott Butler / Scot A. Butler | # 195743 | Claim #'s 40. | | # |
| laim #'s 14. | Nile Scott Hans | # 715604 | Claim #'s 41. | | # |
| aim #'s 15. | Dalonja Crum | # 948978 | Claim #'s 42. | | # |
| aim #'s 16. | José Garcia | # 225928 | Claim #'s 43. | | # |
| aim #'s All 17. | Noah Dibble | # 252401 | Claim #'s 44. | | # |
| laim #'s All 18. | DeSean Moore | # 317086 | Claim #'s 45. | | # |
| aim #'s 19. | Josell Guff Sergent | # 858081 | Claim #'s 46. | | # |
| aim #'s 20. | Chris Hansen | # 590983 | Claim #'s 47. | | # |
| aim #'s 21. | James Neal | # 212071 | Claim #'s 48. | | # |
| aim #'s 22. | Elsouch Harris | # 415670 | Claim #'s 49. | | # |
| aim #'s 23. | Michael Cook | # 838504 | Claim #'s 50. | | # |
| aim #'s 24. | Dean Grice | # 274887 | Claim #'s 51. | | # |
| aim #'s 25. | | # | Claim #'s 52. | | # |
| aim #'s 26. | | # | Claim #'s 53. | | # |
| aim #'s 27. | | # | Claim #'s 54. | | # |

# PLAITIFF(S) IN PRO PER

| PRINT NAME: | Signatures | Prisoner Number | Signatures NAME: | Prisoner Number |
|---|---|---|---|---|
| 55. | Anthony Thomas | 348752 | Kyle Bigon | 685233 |
| 56. | Steven Sanchez | 514882 | Martinez, Juan | 884042 |
| 57. | John Ross | 324129 | Lindsey, Brian | 954908 |
| 58. | | 324129 | Jim Wyler | 753291 |
| 59. | Danny Wards | 479128 | Alfred McKnight | 653121 |
| 60. | Dartagnan Turner | 593892 | Tim Bowers | 928085 |
| 61. | Roy Guy | 244403 | Don Cantrell | 207202 |
| 62. | Anton Jennings | 262182 | Eric Cullen | 106022 |
| 63. | Fred Muscavitch | 710749 | Sam House | 654304 |
| 64. | Brian O'Reilly | 68231 | Dexxan Crosbee | 512888 |
| 65. | William Russell | 169106 | Justin Montgomery | 846675 |
| 66. | Miller Frank | 426793 | Antoine Stewart | 211050 |
| 67. | Bryant Angel | 720880 | Cameron VanderBerg | 975010 |
| 68. | John Suarez | 570560 | Bryt Voght | 891970 |
| 69. | Terry Neal | 350118 | Bernard Thompson | 792685 |
| 70. | Michael Diggs | 369628 | Shawn Stewart | 856734 |
| 81. | Keith Adams | 366302 | Ali | 346088 |
| 72. | Carlton | 522794 | Tim Groom | 298867 |
| 73. | Alex Privee | 599306 | Matt Burton | 284194 |
| 74. | Travis Med | 312873 | Dustin VanDyken | 678493 |
| 75. | Bitchey | 515509 | Michael Henry | 357330 |
| 76. | David Davis | 433609 | Anthony Davis | 571276 |
| 77. | DeAndre Burton | 654317 | Brent Cameron | 601722 |
| 78. | Aaron Woody | 622215 | Morrison Walter | 970035 |
| 79. | Mawtney | 220525 | Davis Galbraith | 160785 |
| 80. | Griffin | 401950 | Chonts Peterson | 390941 |
| 81. | Thorpe | 957924 | Robert Lynch | 631928 |
| 82. | Chuck Miles | 728445 | | |

# PLAINTIFFS/ INTRUSER

| PRINT NAME: | Signatures | Number | Signature NAME: | Number |
|---|---|---|---|---|
| 119. Michael Soard | | 446945 | 116. Richard Schmidt | 685008 |
| 120. Ibrahim Al-Fadhili | | 716244 | 117. Aaron Schreiner | 284661 |
| 121. Terrain Abraham | | 680695 | 148. Eric Stewart | 738976 |
| 122. Casey Balser | | 668261 | 149. Reynolds | 872051 |
| 123. Timothy F Smith | | 684408 | 150. Zachary Williams | 867884 |
| 124. Joshua Du Schimke | | 964229 | 151. | |
| 125. Joseph Durril | | 611964 | 152. | |
| 126. Joseph Morales | | 148164 | 133. | |
| 127. Donald Jackson | | 584568 | 154. | |
| 128. | | 523637 | 155. | |
| 129. | | 508609 | 158. | |
| 130. | | 816242 | 159. | |
| 131. Joree Martin | | 773349 | 160. | |
| 132. | | 694444 | 161. | |
| 133. Dennis E Day | | 945521 | 162. | |
| 134. | | 486646 | 163. | |
| 135. Paul Sharp | | 682297 | 164. | |
| 136. Ezekiel Rodriguez | | 710107 | 165. | |
| 137. Kevin McMillen | | 787137 | 166. | |
| 138. Jason Butlin | | 616492 | 167. | |
| 139. Donald Driskell | | 188048 | 168. | |
| 140. Tim Houser | | 396107 | 169. | |
| 141. Keventae Sefor | | 590527 | 170. | |
| 142. DE'SHON THOMAS | | 256960 | 171. | |
| 143. Carter | | 887760 | 172. | |
| 144. Jeff Siegler | | 644878 | 173. | |
| 145. | | 194486 | 174. | |

# GROUNDS FOR ACTION CASE #

WHEN MDOC ACTIONS
ARE NOT HELD ACCOUNTABLE
THEN PRISONERS SUFFER
FROM MDOC IN LACK OF
POLICY. OR weights
and MEASURES Imposed By (Covid)
Covid-19 and MANY OTHER Stipulations
OR ALL GRNDS( Names and Numbers FROM T.E.-U.NIT

| LIST 1 thru 35 GROUNDS | PRINT Name First LAST | PRISON NUMBER | WHERE YOU LOCK |
|---|---|---|---|
| 2/1 Grounds 8 | Elton Thomas | 358583 | T.E-13 |
| ALL GROUNDS 2 | BARBER | 614386 | TE-94 |
| | WALLACE | 242753 | TE-015 |
| | Cook | 235409 | TE-9 |
| | Karas | 449662 | TE 150 |
| | Heffngler | 858375 | TE 24 |
| | McDowell | 229559 | TE 82 |
| | Shively | 162606 | TE-132 |
| | Stimmer | 870552 | TE-148 |
| 111 Grounds | A. Schafer | 804338 | TE-90 |
| 2/1 grounds | C. Keeler | 675358 | te-93 |
| | S. Himebaugh | 666450 | TE 57 |
| | D. McLeod | 453396 | TE-100 |
| | SCCin | 531312 | TE 97 |
| | Hungerford | 517588 | TE-98 |
| | Sears | 665615 | TE-99 |
| | GILDNER | 681907 | TE-155 |
| | Hill | 474617 | TE-101 |

OR ALL                                    TE·UNIT

| LIST GROUNDS 1 THRU 35 | PRINT NAME LAST | PRISON NUMBER | WHERE YOU LOCK |
|---|---|---|---|
| All Grounds | Lawrence | 636 183 | TE -114 |
| " " | GILLESPIE | 582879 | TE 126 |
| " " | Schlotterback | 414380 | TE - 146 |
| " " • | Lenchum | 539203 | TE -151 |
| " " | Mengel | 273959 | TE - 152 |
| " " #² • | StoneHouse | 633478 | TE- 26 |
| " " | Bobby Bowers | 640409 | TE 133 |
| " " | SPENCER | 847193 | TE 136 |
| " " | Arnsman | 525832 | TE 124 |
| " " • | Langlois | 117306 | TE 130 |
| " " | STINES | 946233 | TE115 |
| " " | Robinson | 765993 | TE 109 |
| " " | Williams | 854449 | TE 39    10.4.22 |
| " " | RASHAD | 265200 | TE -16 |
| ← caught covid 3 Times | Steven Colwell | 859049 | TE - 54 |
|  | Scott M. Henning | 795745 | TE-53 |
|  | Astavian D McMillan | 534855 | TE-69 |
|  | Coy Brown | 415544 | TE- 70 |
|  | Houser Joshua | 606955 | TE -36 |
| " " 25⁺ days in TE | Spens, Wayne | 115583 | TE-31 |
| 26 days had covid 3-Times • | Kennerlin, Zachary | 637071 | TE-41 |
| " " | Gary A. Lang | 524628 | TE 34 |
|  | Deangelo L. Aubrey | 316838   11/10/2022 | TE 30 |
|  | JASON A. Russ | 415833   4/10/22 | TE -22 |
|  | TeJuan Anderson | 513334 | TE-27 |
|  | Jimmy Conner EL | 339962 | TE-21 |

| OR ALL LIST GROUNDS 1 thru 35 | | P.R INT LAST NAME | PRISON NUMBER | TE UNIT WHER YOU LOCK |
|---|---|---|---|---|
| AU | | Valkema | 456914 | TE-07 |
| All | | GouLD | 436735 | TE-32 |
| All | | Wright | 687862 | TE-50 |
| | | WILSON | 867622 | TE-83 |
| | | Ayers | 958668 | TE-119 |
| All | • | Laxine | 466345 | TE-46 |
| | | Balog | 832672 | TE 12 |
| | All | | | |
| all | | Keeler | 675358 | TE-43 |
| all | | Selby | 607095 | TE-129 |
| | | Earicki | 681676 | TE-153 |
| ALL | | Smith | 410825 | TE-111 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Paragraph(s): Grounds for Action

Case No. _____

# PLAINTIFFS CLAIMS:

Hon. _____

Mag. _____

See Paragraphs of Claims Grounds for Action.

1. I, Anthony Taylor _____ inmate number 260528 _____ Claims

Chose Paragraphs # 8  11  15  17  18  22  23  25  26  32;

2. I, Jason Bedford _____ inmate number 615939 _____ Claims

Chose Paragraphs #'s 1,2,3,4,5,6; 8 thru 35;

3. I, Anthony Doze _____ inmate number 424054 _____ Claims

Chose Paragraphs #'s 3; 4; 5,6; 8,9; 11; 14; 16; 18; 22; 23; 24; 25 26;

4. I, Henderson Garris _____ inmate number 243140 _____ Claims

Chose Paragraphs #'s _ _

5. I, _____ inmate number _____ Claims

Chose Paragraphs #'s _ _

6. I, _____ inmate number _____ Claims

Chose Paragraphs #'s _ _

7. I, _____ inmate number _____ Claims

Chose Paragraphs #'s _ _

8. I, _____ inmate number _____ Claims

Chose Paragraphs #'s _ _

9. I, _____ inmate number _____ Claims

Chose Paragraphs #'s _ _

10. I, _____ inmate number _____ Claims

Chose Paragraphs #'s

1) Ralph Dwyer #401631
2/3/4/5/6/8/9/10/
15/18/19/20/21/22/23
24/25/26/28/

2) Scott Butler   195743

2/3/4/5/6/8/9/10/15/18/19/20/21

22/23/24/25/26/20

Bed Number

• 1) Phillip J Marsoey 43429

(4) (5) (6) (8) (18) (20)

(22) (24)

2) Josh Holton 6(00310
1) 3) 4) 6) 8) 10)
15) 18) 22) 23) 27)
31)

3) Creston Hicks #708027
3, 4, 8, 9, 18, 22, 23, 26, 32,

4) Michael Grumbley #872676
1) 2) 3) 4) 5) 6) 8) 15) 18) 22) 23) 24)
26)

5) Nile Scott Hamp #715604
1, 6, 5, 12, 13, 3, 10, 19, 18, 24, 25, 26, 28,

6)

Claim Numbers:

JOSE GARCIA
# 225928
11-6-22

#6
#8
#18
#20
#21
#22
#23
#25
#33
#35

#6 While COVID-19 was in its peak I was forced to sit inches from another prisoner while eating / if I wanted to eat.

#8 Duress of needing to eat w/ out recieving a major ticket ((see above))

#18 Inadicuate cleaning supplies, being maid to live in dirty living conditions.

#21 Officers did not make porters clean restrooms at all/ to wake up to numerous bars of soap, toilet paper on ledge. Clearly no supervisor (C.C.) cared, or acted upon.

#22 Every trey + spork have been greasy after alledegly been washed.

#23 Air quality. Filthy + only cleaned Exhaust ducts when prior notification was given of an inspection.

#25 Full trash cans full of fith. See # 21.

#33 Fear to file grievence per retelation, being maid to live in duress of a mysterious item pepping up in area of control.

#35 To have room shook down cause of a misteke one dose as retelation by CO's tearing through others property + announcing it to others in cubicle places the individual in dengee!

Datonja Crum #114878
Lock - TA-82

4/ Failure to protect prisoners from Unreasonalble Risks

5/ FDA & CDC Measures of Social distance, living spaces of prisoners being housed within MDOC.

6/ Exposures to Covid-19, or any other Diseases

8/ Intentional infliction of Emotional Distress (place covid-19 Social Distance signs but threating US with DDO if we don't Social Distance in chow halls etc.

How each # applies to Me.

4- Since I have Been housed at JCF TA-82 (A unit that was at that time considerd a unit for close contacts (When I have never Tested positive for Covid- nor locked with anyone who has) they have Been consistantly moving people that have Bean Close contacts around me.

5- We dont have enough Room to Social Distance (ex. 18 people Living in a 20 X 15 ft Radius.) (Ex. 2 US Sadtting Shoulder to shoulder At Breakfast, Lunch, And Dinner in the chow hall)

6. CO's that work in the Covid-positive unit would work in the other units in the same Day (ex. first shift. Second Shift. Third shift.) (covid unit TF)

8. If we dont agree with any orders from staff (ex - Sit shoulder to shoulder in the chowhall.) We will Get a Ticket class 2 or possibly go to the hole. When we are only trying to protect ourselves and eachother by giving eachother space.

Also the unprofessionalism in the way staff speak to us prisoners. In a Disrespectful Manner. Cursing etc....

61593-4 Bedford-1 2 3 4 5 6 8 9 10 11 12 13 14
15. 16 17 18 19 20 21 22 23 24 25 26 27 28
29 30 31 32 33 34 35

424054 Doze 3 4 5 6 8 9 11 14 16 18 22 23 24
25 26

JASON ALAN TYRRELL & Alvin Frazier Sr ET Al
G Robert Cotton Correctional Facility (JCF)
3500 North Elm Road
Jackson MI 49201

Clerk of the Court
U S Eastern District Court
200 E Liberty St Rm 300
Ann Arbor MI 48101

RECEIVED
JAN 2 5 2024
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

Re: New Class Action Under Rule 23 (1) Et Seq

Dear Clerk:

Enclosed please find for filing an original marked  Judges Copy  and one copy
of the following:

1) Class Members Rule 23(1) Et Seq  Civil Rights Complaint
2)Verification Statement  and
Proof of Service
3) Account Statements

Please notify the Class Members of any concerns with the filing of the
Complaint  and with the Case Number and Judge assigned the class action  Thank you
for  our cooperation

Sincerely

October  3    2023

/S/ _____
Jason A  Tyrrell /Et al   P656061
Class Members in pro per

cc: Defendant
    File



Alvin D. Frazier, 379628
C. Robert Cotton Corr. Fac.
3510 Cooper Street Road
Jackson, Michigan 49201

RECEIVED
JAN 2 5 2024
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

To: Clerk of the Court
Eastern District of Michigan
Judge Judith E. Levy
200 East Liberty Street, Rm 300
Ann Arbor, Michigan 48104

U.S. MARSHALS

Metroplex MI 480 Ip
WED 04 OCT 2023 PM