# CIVIL COVER SHEET FOR PRISONER CASES

| Case No. 24-10250 | Judge: Sean F. Cox | Magistrate Judge: Patricia T. Morris |
|---|---|---|
| **Name of 1st Listed Plaintiff/Petitioner:**<br>Jason Tyrrell et al | | **Name of 1st Listed Defendant/Respondent:**<br>Noah Nagy et al |
| **Inmate Number:** 858081 | | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | | Cannot locate signatures for plaintiffs Selby #607095 and Tim Bowers #728085, nor could I find them in the MDOC registry.<br><br>Only Plaintiff to include IFP was Frazier. Prisoner Trust Fund Activity included with Frazier's IFP by Frazier(x2), Dwyer, Butler, & Hamp. |
| **Correctional Facility:**<br>G. Robert Cotton Correctional Facility<br>3500 N. Elm Road<br>Jackson, MI 49201<br>JACKSON COUNTY | | |

**BASIS OF JURISDICTION**
☐ 2 U.S. Government Defendant
☒ 3 Federal Question

**NATURE OF SUIT**
☐ 530 Habeas Corpus
☐ 540 Mandamus
☒ 550 Civil Rights
☐ 555 Prison Conditions

**ORIGIN**
☒ 1 Original Proceeding
☐ 5 Transferred from Another District Court
☐ Other:

**FEE STATUS**
☒ IFP *In Forma Pauperis*
☐ PD Paid

---

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   ☐ Yes         ☐ No
   ➢ If yes, give the following information:
   
   Court: _____
   Case No: _____
   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   ☐ Yes         ☐ No
   ➢ If yes, give the following information:
   
   Court: _____
   Case No: _____
   Judge: _____

MIED (Rev. 07/06)  Civil Cover Sheet for Prisoner Cases